# Court of Appeals
# of the State of Georgia

ATLANTA, June 25, 2019

*The Court of Appeals hereby passes the following order:*

## A19A2073.  BERKLIN v. BMW OF COLUMBUS.

This appeal was docketed on May 15, 2019, such that appellant Michael Berklin's initial brief was due on June 4, 2019. Court of Appeals Rule 23 (a) (appellant's brief shall be filed within 20 days of docketing). As of June 24, however, Berklin had neither filed a brief nor moved for an extension of time to do so. We therefore DISMISS this appeal. Id. (failure to file a brief, "unless extended upon motion for good cause shown, may result in the dismissal of the appeal").



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 06/25/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*